Before STATE INDUSTRIAL BOARD, Respondent.   STANLEY PIAS, Respondent, v. LINDLEY M. GARRISON, Receiver of NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.